JPML FORM 1A - Continuation                           DOCKET ENTRIES -- p. 1

DOCKET NO. 429 -- In re Air Crash Disaster at Shannon, Ireland, on 10/2/77

| Date | Ref | Pleading Description |
|---|---|---|
| 80/03/31 | 1 | MOTION TO TRANSFER, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- Air Treads, Inc.     (ea)<br>SUGGESTED TRANSFEREE DISTRICT: S. D. Texas<br>SUGGESTED TRANSFEREE JUDGE:                (ea) |
| 80/04/14 | 2 | RESPONSE, CERT. OF SVC. -- Pltf. Higdon. (ea) |
| 80/04/17 |   | APPEARANCES -- John B. Murphrey, Esq. for Margaret Higdon; George M. Fleming, Esq. for Charlotte Graham, et al.; Royal Caswell, Esq. for Eunice Huckabay, etc.; Richard H. Caldwell, Esq. for McDonnell Douglas Corp.; Philip J. John, Esq. for The Firestone Tire & Rubber Co.; L. S. Carsey, Esq. for Bendix Corp.; Jack E. Urquhart, Esq. for Thompson Aircraft Tire Corp. and Banner Industries, Inc.; Desmond J. Barry, Jr., Esq. for Air Treads, Inc.; Harrell Feldt, Esq. for Capitol Int'l Airways, Inc.(ea |
| 80/04/22 | 3 | RESPONSE, CERT. OF SVC.--McDonnell Douglas Corp. (ds) |
| 80/04/30 | 4 | RESPONSE, CERT. OF SVC. -- Pltf. Huckabay. (ea) |
| 80/05/23 |   | HEARING ORDER -- Setting Motion to Transfer for June 26, 1980 hearing in Boston, Mass. (cds) |
| 80/06/04 |   | Amended Cert. of Svc. For Pleading no. 3  (ds) |
| 80/06/25 |   | HEARING APPEARANCES -- Desmond T. Barry for Air Treads, Inc.; Robert L. Ketchand for McDonnell Douglas Corp.; Harrell Feldt for Capitol Intern'l Airways, Inc.    (emh) |
| 80/06/25 |   | WAIVERS OF ORAL ARGUMENT: Margaret Higdon; Thompson Aircraft Tire Corp., Banner Industries, Inc.; Eunice Huckabay; The Bendix Corp.; The Firestone Tire & Rubber Co.    (emh) |
| 80/07/15 |   | CONSENT OF TRANSFEREE COURT assigning litigation to the Honorable Carl O. Bue, Jr.    (emh)<br>TRANSFER ORDER transferring A-2 and A-3 to the Southern District of Texas for coordinated or consolidated pretrial proceedings.    (emh) |
| 81/03/19 |   | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-4 Capitol International Airways, Inc., et al. v. Air Treads, Inc., et al., N.D. Ga., C81-391A -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 81/04/06 |   | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-4 Capitol Int'l Airways, Inc., et al. v. Air Treads, Inc., et al., N.D. Ga., C81-391A -- NOTIFIED INVOLVED JUDGES AND CLERKS cds |

JPML Form 1
Revised: 8/78

DOCKET NO. 429 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT SHANNON, IRELAND ON OCTOBER 2, 1977

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/26/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/15/80 | TO | | S.D. Texas | Carl O. Bue, Jr. | |

### Special Transferee Information

DATE CLOSED: 6/17/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 429 -- In re Air Crash Disaster at Shannon, Ireland, on October 2, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Margaret Higdon v. McDonnell Douglas Corp., et al. | S.D.Tex. Bue | H-79-1965 | | | 6/4/84 D | |
| A-2 | Charlotte Graham, et al. v. Capitol International Airways, Inc., et al. | N.D.Tex. Sanders | CA3-79-1235-H | JUL 1 5 1980 | H80-1700 | 6/17/85 D | |
| A-3 | Eunice Huckabay, etc. v. ~~Capitol International Airways,~~ Air Treads, Inc., et al. | W.D.Tex. | MO-79-CA-79 | JUL 1 5 1980 | H80-1684 | 6/17/85 D | |
| B-4 | Capitol International Airways, Inc., et al. v. Air Treads, Inc., et al. | N.D.Ga. Moye | C81-391A | 4/6/81 | H81-1302 | 3/19/84 | |

3/19/81

July 1984 - 1 Dis / 3 Pdg.
July 1985 - Same

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 429 -- In re Air Crash Disaster at Shannon, Ireland on 10/2/77

---

MARGARET HIGDON (A-1)
John B. Murphrey, Esq.
Murphrey, O'Quinn & Cannon
888 Pennzoil Place, South
711 Louisiana Street
Houston, Texas   77002

CHARLOTTE GRAHAM, ET AL. (A-2)
George M. Fleming, Esq.
Byrd, Davis & Eisenberg
Post Office Box 4917
Austin, Texas   78765

EUNICE HUCKABAY, ETC. (A-3)
Royal Caswell, Esq.
217 West Third Street
Odessa, Texas   79761

MCDONNELL DOUGLAS CORPORATION
Richard H. Caldwell, Esq.
Butler, Binion, Rice, Cook & Knapp
1100 Esperson Building
Houston, Texas   77002

THE FIRESTONE TIRE & RUBBER COMPANY
Philip J. John, Esq.
Baker & Botts
3000 One Shell Plaza
Houston, Texas   77002

BENDIX CORPORATION
L. S. Carsey, Esq.
Fulbright & Jaworski
Bank of the Southwest Building
Houston, Texas   77002

THOMPSON AIRCRAFT TIRE CORP.
BANNER INDUSTRIES, INC.
Jack E. Urquhart, Esq.
Holtzman & Urquhart
5 Greenway Plaza
Houston, Texas   77046

AIR TREADS, INC.
Desmond J. Barry, Jr., Esq.
Condon & Forsyth
1251 Avenue of the Americas
New York, New York   10020

CAPITOL INTERNATIONAL AIRWAYS, INC.
Harrell Feldt, Esq.
Stubbeman, McRae, Sealy, Laughlin
  & Browder
Post Office Box 1540
Midland, Texas   79702

CAPITOL INTERNATIONAL AIRWAYS, INC.,
ET AL. (B-4)
Michael H. Schroder, Esq.
Swift, Currie, McGhee & Hiers
771 Spring Street, N.W.
Atlanta, Georgia   30379

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 429 -- In re Air Crash Disaster at Shannon, Ireland on 10/2/77

| Name of Party | Named as Party in Following Actions |
|---|---|
| McDonnell Douglas Corp. | A-1, A-3, B-4 |
| Douglas Aircraft Co., Inc. | A-1 |
| Firestone Tire & Rubber Co., Inc. | A-1, B-4 |
| Air Treads, Inc. | A-1, A-2, A-3, B-4 |
| The Bendix Corp. | A-1, A-2, A-3, B-4 |
| Thompson Aircraft Tire Corp. (New York) | A-1 |
| Thompson Aircraft Tire Corp. (California) | A-1 |
| Thompson Aircraft Tire Corp. (Florida) | A-1 |
| Banner Industries, Inc. | A-1 |
| Capitol Int'l Airways, Inc. | A-1, A-2, A-3 |
| Thompson Aircraft Tire Corp. (Georgia) | |