JUL 15 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 429

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT SHANNON, IRELAND, ON OCTOBER 2, 1977

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the Southern District of Texas to that district for coordinated or consolidated pretrial proceedings with the action pending there. The Panel has ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Southern District of Texas under Section 1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of Texas be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Carl O. Bue, Jr. for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

*Judge Edward S. Northrop took no part in the decision of this matter.

SCHEDULE A

MDL-429 -- In re Air Crash Disaster at Shannon, Ireland, on October 2, 1977

Northern District of Texas

Charlotte Graham, et al. v. Capitol International Airways, Inc., et al., C.A. No. CA3-79-1235-H

Western District of Texas

Eunice Huckabay, etc. v. Capitol International Airways, Inc., et al., C.A. No. MO-79-CA-79

Southern District of Texas

Margaret Higdon v. McDonnell Douglas Corp., et al., C.A. No. H-79-1965